IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

DEANNE L. SHORE, )
            Plaintiff, )
v. ) Case No. 16-CV-771-FHM
NANCY A. BERRYHILL, Acting )
Commissioner of the Social )
Security Administration, )
            Defendant. )

**OPINION AND ORDER**

Before the court is the Joint Stipulation for the Award and Payment of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. [Dkt. 31]. The parties have stipulated to Plaintiff being awarded attorney fees in the amount of $2,200.00.

The court finds that the amount of the fee request is reasonable. Based on that finding and the absence of any objection to the amount of the fee request, the court finds that Plaintiff should be awarded EAJA fees in the amount of $2,200.00.

Pursuant to the Commissioner's usual practice, the check should be made payable to Plaintiff and mailed to counsel's address. If Plaintiff's attorney receives the fees awarded herein and attorney fees are also awarded and received by counsel under 42 U.S.C. § 406(b) of the Social Security Act, counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

Plaintiff's Stipulated Motion for Attorney's Fees and Expenses Under the Equal Access to Justice Act, [Dkt. 31], is GRANTED as provided herein. As a result of the stipulated motion, Plaintiff's Motion for Attorney Fees, [Dkt. 29], and Amended Motion for

Attorney fees, [Dkt. 30], are moot.

SO ORDERED this 10th day of January, 2018.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE